25cr136
Judge Jeffrey I Cummings
Magistrate Judge Jeannice W. Appenteng
Cat 3 Random Assignment



FILED
3/10/2025
KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Violation: Title 18, United States Code, Section 922(g)(1) |
| v. | |
| REFUGIO AVILA | |

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about June 17, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

REFUGIO AVILA,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Ruger P90 .45-caliber semi-automatic pistol, bearing serial number 661-02892, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Ruger P90 .45-caliber semi-automatic pistol, bearing serial number 661-02892, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
signed by Scott Edenfield on behalf of the
UNITED STATES ATTORNEY